# EXHIBIT 3

*FROM THE OFFICE OF THE*

FAMILY AND CONSUMER LAW CENTER

*WWW.RICONSUMERLAW.COM*

CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

*ATTORNEYS & COUNSELORS-AT-LAW*

Ameriquest Mortgage Company
1600 S. Douglas Road
Anaheim, CA 92806

August 8, 2006

**Re: Notice of Rescission by Mark J. Bennison & Maria Bennison, 5771 Flat River Rd., Coventry, RI 02827, Loan Number: 0145265880, Closing Date: 02/8/2006**

To Whom It May Concern:

I represent Mark J. & Maria Bennison concerning the mortgage loan transaction they entered into with Ameriquest Mortgage Company on February 8, 2006. Please be advised that I have been authorized by my clients to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr. & Mrs. Bennison were given incomplete and therefore, inaccurate notice of their right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Ameriquest Mortgage Company on the Bennison's property located at 5771 Flat River Rd., Coventry, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my clients all monies paid and to take action necessary and appropriate to terminate the security interest.

**Very truly yours,**
**Mark J. Bennison**
**Maria Bennison,**
**By their Attorney,**

**Christopher M. Lefebvre**
**P. O. Box 479**
**Pawtucket, RI 02862**

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

cc: Mark J. & Maria Bennison