# EXHIBIT 8

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0072713829 - 5594 Borrower(s): Stacey A Mailhot
Date: March 6, 2004

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1100 Town and Country Road, Suite 200 Orange, CA 92868
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

Borrower/Owner Stacey A Mailhot ____ Date ____

Borrower/Owner Raymond J Mailhot ____ Date ____

Borrower/Owner ____ Date ____

Borrower/Owner ____ Date ____

## REQUEST TO CANCEL

**I/We want to cancel loan #______________________________.**

Borrower/Owner Signature ____ Date ____

000000727138290404220101

850 (10/00)

03/06/2004 9:12:22 AM

**BORROWER COPY**