# EXHIBIT 12

CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

March 9, 2007

Ameriquest Mortgage Company
1100 Town and Country Road
Suite 1200
Orange, CA 92868

Re: Notice of Rescission by Barry J. Lafleur of 33 Leaf Street, West Warwick, RI 02893; Loan Number: 0091[illegible]1600; Closing Date: 9/9/04

To Whom It May Concern:

I represent Barry J. Lafleur concerning the mortgage loan transaction he and his wife entered into with Ameriquest Mortgage Company on September 9, 2004. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr. Lafleur was given incomplete and therefore defective notices of his right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Ameriquest Mortgage Company on the Lafleur's property located at 33 Leaf St., West Warwick, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

Very truly yours,
Barry J. Lafleur,
By his Attorney,

Christopher M. Lefebvre
P. O. Box 479
Pawtucket, RI 02862

CERTIFIED MAIL-RETURN RECEIPT REQUESTED

cc: Barry J. Lafleur

TWO DEXTER STREET P.O. BOX 479 PAWTUCKET, RI 02862 PHONE: (401) 728-6060 FAX: (401) 728-6534