# EXHIBIT 17

FROM THE OFFICE OF THE
CONSUMER LAW CENTER
WWW.RICONSUMERLAW.COM
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.
ATTORNEYS & COUNSELORS AT LAW

Ameriquest Mortgage Company
1600 S. Douglas Road
Anaheim, CA 92806

August 11, 2006

**Re: Notice of Rescission by Antonio D. Oliveira of 38 Holy Oke Ave., Warwick, RI 02889, Loan Number: 0084326883; Closing Date: 06/23/2004**

To Whom It May Concern:

I represent Antonio D. Oliveira concerning the mortgage loan transaction he entered into with Ameriquest Mortgage Company on June 23, 2004. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr. Oliveira was given incomplete and therefore, inaccurate notice of his right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Ameriquest Mortgage Company on the Oliveira's property located at 38 Holy Oke Ave., Warwick, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

**Very truly yours,**
**Antonio D. Oliveira,**
**By his Attorney,**

**Christopher M. Lefebvre**
**P. O. Box 479**
**Pawtucket, RI 02862**

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

cc: Antonio D. Oliveira

FROM THE OFFICE OF THE
FAMILY AND CONSUMER LAW CENTER
WWW.RICONSUMERLAW.COM
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.
ATTORNEYS & COUNSELORS AT LAW

Ameriquest Mortgage Company
1600 S. Douglas Road
Anaheim, CA 92806

August 11, 2006

**Re: Notice of Rescission by Antonio D. Oliveira of 38 Holy Oke Ave., Warwick, RI 02889, Loan Number: 0120296686; Closing Date: 05/11/2005 .**

To Whom It May Concern:

I represent Antonio D. Oliveira concerning the mortgage loan transaction he entered into with Ameriquest Mortgage Company on May 11, 2005. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr. Oliveira was given incomplete and therefore, inaccurate notice of his right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Ameriquest Mortgage Company on the Oliveira's property located at 38 Holy Oke Ave., Warwick, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

**Very truly yours,**
**Antonio D. Oliveira,**
**By his Attorney,**

8/11/06

**Christopher M. Lefebvre**
**P. O. Box 479**
**Pawtucket, RI 02862**

CERTIFIED MAIL-RETURN RECEIPT REQUESTED

cc: Antonio D. Oliveira