# EXHIBIT 20

CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

January 5, 2007

Ameriquest Mortgage Company
1100 Town and Country Rd, Suite 200
Orange, CA 92868

**Re: Notice of Rescission by Idalia Martinez of 275-277 Grove Street, Providence, RI 02909; Loan Number: 0046543328; Closing Date: 04/21/2003**

To Whom It May Concern:

I represent Idalia Martinez concerning the mortgage loan transaction she entered into with Ameriquest Mortgage Company on April 21, 2003. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Idalia Martinez was given incomplete and therefore, inaccurate notices of her right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Ameriquest Mortgage Company on the Martinez's property located at 275-277 Grove Street, Providence, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

**Very truly yours,**
**Idalia Martinez**
**By her Attorney,**

**Christopher M. Lefebvre**
**P. O. Box 479**
**Pawtucket, RI 02862**

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

cc: Idalia Martinez

TWO DEXTER STREET, P.O. BOX 479 PAWTUCKET RI 02862 PHONE: (401) 728-6060 FAX: (401) 728-6534