# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

MARK J. BENNISON and MARIA BENNISON, CHRISTOPHER LANCASTER, STACEY A. MAIHOT and RAYMOND J. MAIHOT, BARRY J. LAFLEUR, ANTONIO D. OLIVEIRA and IDALIA MARTINEZ (a.k.a. Idalia Montalvo),

Plaintiffs,

v.

AMERIQUEST MORTGAGE COMPANY,

Defendant.

C.A. NO. 07-100-S

## DEFENDANT AMERIQUEST MORTGAGE COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Ameriquest Mortgage Company ("Ameriquest") hereby discloses that it is a wholly owned subsidiary of ACC Capital Holdings Corporation and that there is no publicly held company that owns 10% or more of Ameriquest stock.

AMERIQUEST MORTGAGE COMPANY

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Steven E. Snow

Steven E. Snow (BBO #554167)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
ses@psh.com

DATED: April 18, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of April, 2007, I electronically filed the foregoing DEFENDANT AMERIQUEST MORTGAGE COMPANY'S CORPORATE DISCLOSURE STATEMENT with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

Christopher M. Lefebvre, Esq.
Claude Lefebvre, Esq.

/s/ Steven E. Snow

913180_1/7511-67