**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MARK J. BENNISON and MARIA BENNISON, CHRISTOPHER LANCASTER, STACEY A. MAIHOT and RAYMOND J. MAIHOT, BARRY J. LAFLEUR, ANTONIO D. OLIVERIA and IDALIA MARTINEZ (a.k.a. Idalia Montalvo)** | : | **C.A. NO. 07-100-S** |
| **Plaintiffs,** | : | |
| **VS.** | : | |
| **AMERIQUEST MORTGAGE COMPANY** | : | |
| **Defendant** | : | |

**PLAINTIFFS' ANSWER TO THE DEFENDANT'S COUNTERCLAIM**

Plaintiffs Mark J. Bennison and Maria Bennison, Christopher Lancaster, Stacey A. Maihot and Raymond J. Maihot, Barry J. Lafleur, Antonio D. Oliveria and Idalia Martinez (a.k.a. Idalia Montalvo) ("Plaintiffs") by and through their attorney, Christopher M. Lefebvre, hereby answer the Defendant's Counterclaim to the Plaintiffs' Complaint, and states:

1. Plaintiffs admit the allegations set forth in paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 11, and 12 of the Defendant's Counterclaim.

2. Plaintiffs deny the allegations set forth in paragraphs 9, 13, and 14 of the Defendant's Counterclaim.

3. The remainder of the Defendant's Counterclaim is a prayer for relief to which the Plaintiffs are not required to respond. To the extent that a further response may be required, Plaintiffs pray that the Defendant's Counterclaim be dismissed with prejudice and that the Court enters a judgment in Plaintiffs' favor on all counts of the Complaint, that Plaintiffs be awarded the cost and expenses including attorney's fees, and for such other relief as the Court deems

proper.

WHEREFORE, Plaintiffs pray that the Court dismiss the Defendant's Ameriquest Mortgage Company Counterclaim requesting Declaratory Relief.

Respectfully submitted,

/s/Christopher M. Lefebvre
Claude Lefebvre, Christopher Lefebvre P.C.
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
Bar # 4019

**CERTIFICATION**

I hereby certify that a copy of the Plaintiffs' Answers to the Defendant's Counterclaim was electronically served via the ECF System on April, 23th 2007 to:

Steven E. Snow
ses@psh.com
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903

/s/Christopher M. Lefebvre