JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 4 2007

FILED
CLERK'S OFFICE

***DOCKET NO. 1715***

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION***

***(SEE ATTACHED SCHEDULE)***

***CONDITIONAL TRANSFER ORDER (CTO-19)***

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 210 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

APR 20 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# SCHEDULE CTO-19 - TAG-ALONG ACTIONS
# DOCKET NO. 1715
# IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| MASSACHUSETTS | | | |
| MA | 1 | 07-10346 | Mary Louissant, et al. v. Ameriquest Mortgage Co. |
| MICHIGAN EASTERN | | | |
| MIE | 2 | 07-10651 | Marlon Manier, et al. v. Argent Mortgage Co., LLC, et al. |
| PENNSYLVANIA EASTERN | | | |
| ~~PAE~~ | ~~2~~ | ~~06-5274~~ | ~~Lorene Elders v. Ameriquest Mortgage Co.~~ Opposed 4/16/07 |
| RHODE ISLAND | | | |
| RI | 1 | 07-79 ML | Maurice Richer, Jr. v. Ameriquest Mortgage Co. |
| RI | 1 | 07-100 S | Mark J. Bennison, et al. v. Ameriquest Mortgage Co. |

**INVOLVED COUNSEL LIST (CTO-19)**

**DOCKET NO. 1715**

**IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION**

David A. Breuch
Clark Hill, PLC
500 Woodward Avenue
Suite 3500
Detroit, MI 48226-3435

Sandhya M. Feltes
Kaplin Stewart
350 Sentry Parkway
Building 640
Blue Bell, PA 19422-0765

Albert F. Hofeld, Jr.
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603

Richard A. Kudla
Kudla & McLeod
Two Towne Square
Suite 550
Southfield, MI 48016-3726

Christopher M. Lefebvre
Claude Lefebvre, Christopher Lefebvre, P.C.
P.O. Box 479
Pawtucket, RI 02862

David A. Scholl
Regional Bankruptcy Center of Southeasten PA
6 St. Albans Avenue
Newton Square, PA 19073

Steven E. Snow
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

Mark D. van der Laan
Dykema Gossett LLP
300 Ottawa Ave., NW, Ste.700
Grand Rapids, MI 49503-2306

# INVOLVED JUDGES LIST (CTO-19)
## DOCKET NO. 1715
## IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

Hon. Nancy Gertner
U.S. District Judge
4130 U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Hon. Gerald E. Rosen
U.S. District Judge
730 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

~~Hon. R. Barclay Surrick~~
~~U.S. District Judge~~
~~8614 James A. Byrne U.S. Courthouse~~
~~601 Market Street~~
~~Philadelphia, PA 19106-1796~~

Hon. Mary M. Lisi
Chief Judge, U.S. District Court
310 John O. Pastore Federal Bldg.
Two Exchange Terrace
Providence, RI 02903

Hon. William E. Smith
U.S. District Judge
United States District Court
412 Federal Building & United States Courthouse
One Exchange Terrace
Providence, RI 02903-1270